IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL MAGANA RODRIGUEZ,<br><br>Defendant. | *E-FILED - 2/25/11*<br><br>CASE NO.: CR-02-20009-01-RMW<br><br>**ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)** |

IT IS HEREBY ORDERED that this case is reassigned as to defendant Leonel Magana Rodriguez to the Executive Committee pursuant to General Order 44E.5, (Reassignment of Fugitive Criminal Cases.) The case is not pending against any other defendant.

DATED: 2/25/11

_____
RONALD M. WHYTE
United States District Judge

Order of Reassignment

1

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed and/or Mailed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |